### JESS YOUNG V. THE STATE.

No. 16806.   Delivered May 16, 1934.

The opinion states the case.

*Bozeman & Cathey*, of Quitman, for appellant.

*Lloyd W. Davidson*, State's Attorney, of Austin, for the State.

CHRISTIAN, JUDGE.—The offense is selling intoxicating liquor; the punishment, confinement in the penitentiary for three years.

The record is before us without a statement of facts. In the absence of a statement of facts we are unable to appraise the bills of exception.

No error appearing, the judgment is affirmed.

*Affirmed.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.